DANIEL G. BOGDEN
United States Attorney
SUSAN CUSHMAN
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
702-388-6336

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-254-JCM-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| ALBERT SILVA HERNANDEZ, JR., | |
| Defendant. | |

The Court has complied with the Ninth Circuit's order to reconsider the application of the distribution enhancement found in U.S.S.G. § 2G2.1(b)(3) in light of *United States v. Roybal*, 737 F.3d 621 (9th Cir. 2013). The Court finds that the enhancement should apply in this case.

**It is so ordered.**

Dated: October 8, 2015.

_____
UNITED STATES DISTRICT JUDGE