UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>ALBERT SILVA HERNANDEZ, JR.,<br><br>Defendant(s). | Case No. 2:12-CR-254 JCM (PAL)<br><br>ORDER |

Presently before the court is defendant Albert Silva Hernandez, Jr. ("defendant")'s motion to withdraw his motion for a sentence reduction. (ECF No. 147).

Defendant represents that he seeks to withdraw his motion for a sentence reduction and asks for permission to refile his motion at a later date with additional circumstances not available to him at this time. (*Id.* at 1).

IT IS HEREBY ORDERED that defendant Albert Silva Hernandez, Jr.'s motion to withdraw his motion for a sentence reduction (ECF No. 147) is GRANTED.

IT IS FURTHER ORDERED that defendant's motion for a sentence reduction (ECF No. 139) is DENIED WITHOUT PREJUDICE.

DATED August 7, 2024.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**